IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WARREN THEO TRENHAILE,           )
                                 )
            Plaintiff,           )
                                 )   Civil No. 04-1523-CO
    v.                           )
                                 )   ORDER
BUREAU OF PRISONS,               )
                                 )
            Defendant.           )
_____)

Magistrate Judge John P. Cooney filed his Findings and Recommendation on April 22, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. This action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED this 24th day of May, 2005.

/s/ Michael R. Hogan
UNITED STATES DISTRICT JUDGE